**TROPICANA PRODUCTS, INC., Plaintiff–Appellant,**

and

**Louis Dreyfus Citrus, Inc., Plaintiff,**

and

**Fischer s/a Agroindustria, Plaintiff,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**A. Duda & Sons, Inc., Citrus World, Inc., Florida Citrus Mutual, and Southern Gardens Citrus Processing Corporation, Defendants–Appellees,**

and

**The Coca–Cola Company, Defendant.**

No. 2008–1273.

United States Court of Appeals, Federal Circuit.

June 6, 2008.

ON MOTION

*ORDER*

Upon consideration of the Tropicana Products, Inc.'s motion to withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.